**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1771**

In re:  VINCENT L. ABELL,

              Debtor,

--------------------------------------

VINCENT L. ABELL,

              Debtor – Appellant,

        v.

MARIA THERESA WILSON,

              Appellee,

ROGER SCHLOSSBERG, Chapter 11,

              Trustee – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:14-cv-01037-DKC)

Submitted:  February 20, 2015          Decided:  March 2, 2015

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Philip J. McNutt, HUGHES & BENTZEN, PLLC, Washington, D.C., for
Appellant.  Richard M. Goldberg, Anastasia L. McCusker, SHAPIRO,

SHER, GUINOT, & SANDLER, Baltimore, Maryland; Randell C. Ogg, LAW OFFICES OF RANDELL C. OGG, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent L. Abell appeals from the district court's order upholding the bankruptcy court's order imposing sanctions on Abell for failure to comply with the court's order compelling his compliance with discovery in his bankruptcy case. On appeal, Abell asserts due process challenges and argues that the bankruptcy court abused its discretion by imposing the sanctions. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abell v. Wilson, No. 8:14-cv-01037-DKC (D. Md. July 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3